UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| ARTHUR SUMERLIN, III, | ) | |
| # 498164, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:17-cv-459 |
| | ) | |
| v. | ) | Honorable Paul L. Maloney |
| | ) | |
| BARBARA BIEN, | ) | |
| | ) | |
| Defendant. | ) | |

_____)

## **REPORT AND RECOMMENDATION**

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983.    The    defendant    is    Physician's    Assistant    Barbara    Bien.    On December 8, 2017, defendant filed a motion for summary judgment.    (ECF No. 12.). On December 29, 2017, plaintiff filed a motion requesting that his deadline for filing a response to defendant's motion be extended to January 15, 2018.    (ECF No. 14). Plaintiff never filed a response to defendant's motion, and it is now almost two months past the end of the requested extension.    Earlier today, I entered an order denying plaintiff's motion.    (ECF No. 22).

On January 4, 2018, plaintiff filed a motion to amend/correct his complaint. (ECF No. 16).    Plaintiff's proposed amended pleading (ECF No. 16-1), "Notice" (ECF No. 19), and most recent brief (ECF No. 21) plainly demonstrate plaintiff's intent to voluntarily dismiss all his claims against Physician's Assistant Bien, and to pursue a claim against Keith Papendick, M.D., for deliberate indifference to his serious

medical needs in violation of his Eighth Amendment rights.   Plaintiff's "Notice" is considered as a motion under FED. R. CIV. P. 41(a)(2) to voluntarily dismiss all his claims against Physician's Assistant Barbara Bien.   Although plaintiff's change of course comes very late in the life of this case, I find no prejudice to Physician's Assistant Bien if all plaintiff's claims against her are dismissed with prejudice.

## Recommended Disposition

For the foregoing reasons, I recommend that plaintiff's motion for voluntary dismissal under FED. R. CIV. P. 41(a)(2) (ECF No. 19) be granted and that all plaintiff's claims against Physician's Assistant Bien be dismissed with prejudice.   I recommend that Physician Assistant Bien's motion for summary judgment (ECF No. 12) be dismissed as moot.   I recommend that plaintiff's motion for leave to amend/correct his complaint (ECF No. 16) be granted and that plaintiff's proposed First Amended Complaint (ECF No. 16-1, PageID.187-221) be deemed his operative pleading.


Dated:    March 9, 2018                    /s/   Phillip J. Green
                                           PHILLIP J. GREEN
                                           United States Magistrate Judge

## NOTICE TO PARTIES

ANY OBJECTIONS to this Report and Recommendation must be filed and served within fourteen days of service of this notice on you.   28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b).   All objections and responses to objections are governed by W.D. MICH. LCIVR 72.3(b).   Failure to file timely and specific objections may constitute a waiver of any further right of appeal.   *See Thomas v. Arn*, 474 U.S. 140 (1985); *Keeling v. Warden, Lebanon Corr. Inst.*, 673 F.3d 452, 458 (6th Cir. 2012); *United*

*States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008).    General objections do not suffice. *See McClanahan v. Comm'r of Social Security*, 474 F.3d 830, 837 (6th Cir. 2006); *Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596-97 (6th Cir. 2006).