UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR SUMERLIN, III, #498164, )<br>    Plaintiff, )<br>)<br>-v- )<br>)<br>KEITH PAPENDICK, )<br>    Defendant. )<br>) | No. 1:17-cv-459<br><br>Honorable Paul L. Maloney |

# JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: February 22, 2019      /s/ Paul L. Maloney
                 Paul L. Maloney
                 United States District Judge